UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MICHAEL-JOHN PASTOR,**
on behalf of himself and all other persons similarly situated, known and unknown,

Plaintiff,

vs.

**FELDMAN AUTOMOTIVE, INC.**, a Michigan for-profit company, **MARTY FELDMAN CHEVROLET, INC.**, a Michigan for-profit company, **and JAY FELDMAN**, a corporate officer,

Defendants.

Case No: 2:19-cv-10957-NGE-MKM
Hon. Nancy G. Edmunds
Magistrate Judge Mona K. Majzoub

_____/

## ORDER DISMISSING THE COMPLAINT WITHOUT PREJUDICE

Pursuant to the notice of Plaintiff's voluntary dismissal of his federal and state-law wage and hour claims against Feldman Automotive, Inc., Marty Feldman Chevrolet, Inc., and Jay Feldman, it is hereby ORDERED that Plaintiff's Complaint is dismissed without prejudice.

IT IS SO ORDERED.

s/ Nancy G. Edmunds
Nancy G. Edmunds
U.S. District Court